**Order filed April 20, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-14-00579-CR

————————

**MAYRA FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1280239**

---

**ORDER**

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 88 and State's Exhibit 98.

The exhibit clerk of the 339th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 88 and State's Exhibit 98, on or before April 30, 2015. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 88 and State's Exhibit 98, to the clerk of the 339th District Court.

PER CURIAM